BANK OF GILLETT v. George LEAVENWORTH. (Circuit Court of Appeals, Eighth Circuit. May 30, 1923.) No. 6274. In Error to the District Court of the United States for the Eastern District of Arkansas. Charles T. Coleman, of Little Rock, Ark., for plaintiff in error. H. T. Harrison, of Little Rock, Ark., for defendant in error.

PER CURIAM. Writ of error dismissed, with costs, on motion of defendant in error.

---

F. A. BARNES et al. v. MERCANTILE TRUST CO. OF ST. LOUIS. (Circuit Court of Appeals, Eighth Circuit. October 29, 1923.) No. 6484. Appeal from the District Court of the United States for the Eastern District of Arkansas. R. E. Wiley, of Little Rock, Ark., for appellants. G. B. Rose, W. E. Hemingway, D. H. Cantrell, and J. F. Loughborough, all of Little Rock, Ark., for appellee.

PER CURIAM. Appeal dismissed, with costs on motion of appellants.

---

F. A. BARNES et al. v. WILMOT ROAD DIST. (Circuit Court of Appeals, Eighth Circuit. October 29, 1923.) No. 6485. Appeal from the District Court of the United States for the Eastern District of Arkansas. R. E. Wiley, of Little Rock, Ark., for appellants. G. B. Rose, W. E. Hemingway, D. H. Cantrell, and J. F. Loughborough, all of Little Rock, Ark., for appellee.

PER CURIAM. Appeal dismissed, with costs, on motion of appellants.

---

Thomas L. BOND v. FIDELITY & CASUALTY CO. OF NEW YORK. (Circuit Court of Appeals, Eighth Circuit. October 17, 1923.) No. 6375. Appeal from the District Court of the United States for the District of Kansas. Z. C. Millikin, of Salina, Kan., and T. M. Lillard, of Topeka, Kan., for appellant. Robert Stone, George T. McDermott, Robert L. Webb, and Beryl R. Johnson, all of Topeka, Kan., and Guy A. Spencer, of Washington, D. C., for appellee.

PER CURIAM. Appeal dismissed, at costs of appellant, per stipulation.

---

Roy BUNCH v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. August 31, 1923.) No. 6452. In Error to the District Court of the United States for the Western District of Oklahoma. Tillman & Tillman, of Oklahoma City, Okl., for plaintiff in error. W. A. Maurer, U. S. Atty., of Oklahoma City, Okl.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of counsel for defendant in error, under rule 16 (188 Fed. xi, 109 C. C. A. xi).

---

John BURCH et al. v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. July 14, 1923.) No. 6346. In Error to the District Court of the United States for the Western District of Missouri. Clif Langsdale, of Kansas City, Mo., for plaintiffs in error. Charles C. Madison, U. S. Atty., of Kansas City, Mo.

PER CURIAM. Affirmed, without costs to either party in this court, as to plaintiff in error John Burch, in accordance with judgment in case No. 6286, Barney McCourtney et al. v. United States, 291 Fed. 497, per stipulation of parties.